PROBATION FORM NO. 35 (1/92)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

FILED 2005 APR -1 A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# United States District Court

## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

PAMELA HILL

Crim #: 3:03CR00138(JCH)

Re: **Early Termination of Supervision**

On **12/2/2003** the above named was placed on **PROBATION** for a period of **2 years** years. He/she has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he/she be discharged from supervision.

Respectfully submitted,

Jennifer L. Amato
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 30th day of March 2005

Janet C. Hall
United States District Court Judge